# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 18-5280**

**September Term, 2020**

**1:17-cv-00160-TNM-GMH**

**Filed On:** December 21, 2020

Assassination Archives and Research
Center,

        Appellant

    v.

Central Intelligence Agency,

        Appellee

    **BEFORE:**    Pillard and Rao, Circuit Judges[*]

## O R D E R

It is **ORDERED**, on the court's own motion, that the October 11, 2019 judgment
be amended as follows:

(1) On page 1, second ¶, lines 1-2, delete:

"denial of the motion for summary judgment and grant of the cross-motion
for summary judgment"

Insert in lieu thereof:

"grant of the motion for summary judgment and denial of the cross-motion
for summary judgment".

_____

[*] The late Senior Circuit Judge Williams was a member of the panel and
participated in the disposition of the matter on October 11, 2019, before his death on
August 7, 2020. Judges Pillard and Rao have acted as a quorum with respect to
amending the judgment. *See* 28 U.S.C. § 46(d).

**No. 18-5280**                  **September Term, 2020**

(2) On page 1, third ¶, lines 3-4, delete:

"denying the Center's motion for summary judgment and granting a cross-motion for summary judgment by the Central Intelligence Agency (CIA)."

Insert in lieu thereof:

"granting the Central Intelligence Agency's (CIA) motion for summary judgment and denying the Center's cross-motion for summary judgment"

The Clerk is directed to issued the amended judgment. The Clerk is further directed to issue the mandate forthwith.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk